**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-01104-CV

_____

**SIRINART MILLER, THE INDEPENDENT EXECUTRIX OF THE ESTATE OF DOUGLAS LUITJEN, DECEASED, Appellant**

**V.**

**RODERICK LUITJEN, Appellee**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 433120**

---

## MEMORANDUM OPINION

Appellant, Sirinart Miller, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.